**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **SURAIYA AHMED** | **CIVIL ACTION NO. 26-0658** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE JERRY EDWARDS, JR.** |
| **SOUTH LOUISIANA PROCESSING CENTER, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge having been considered, no objection having been filed, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Suraiya Ahmed's petition is **DENIED AND DISMISSED WITH PREJUDICE**.

ALEXANDRIA, LOUISIANA, this 26th day of May, 2026.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE